UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ADRIENNE BUNDY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CAUSE NO.: 2:23-CV-379-JEM |
| | ) |
| MARTIN O'MALLEY, Commissioner<br>of the Social Security Administration,<br>    Defendant. | )<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on Defendant's Agreed Motion for Reversal with Remand for Further Administrative Proceedings [DE 11], filed January 318, 2024. The Commissioner represents that the parties stipulate to and request that the Court reverse the Commissioner's decision and remand this matter to the Social Security Administration for further proceedings under the fourth sentence of 42 U.S.C. § 405(g). In particular, the parties agree that the administrative law judge ("ALJ") should give further consideration to addressing the evidence which was submitted to the Appeals Council, evaluating the evidence of record under the relevant regulations, and issue a new decision.

Having considered the motion and noting the agreement of parties, the Court hereby **GRANTS** Defendant's Agreed Motion for Reversal with Remand for Further Administrative Proceedings [DE 11]. The Court **REVERSES** the Commissioner's decision and **ORDERS** that this case be remanded for further proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g) and in the manner set forth in the Motion. On remand, the decision will be vacated and this case will be assigned to an ALJ for a new administrative hearing and new decision.

The Court **DIRECTS** the Clerk of Court to **ENTER JUDGMENT** in favor of Plaintiff and against Defendant.

So ORDERED this 1st day of February, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record